UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| TRICIA HAZLETT | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| vs. | ) |
| | ) No. 2:17-cv-178-JAW |
| SELECT PORTFOLIO SERVICING, INC. | ) |
| | ) |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS MORTGAGE FUNDING TRUST 2006-SL1, MORTGAGE BACK CERTIFICATES, SERIES 2006-SL1 | ) ) ) ) ) ) ) |
| | ) |
| DEFENDANT | ) |

**STIPULATION OF DISMISSAL IN REGARDS TO DEFENDANTS SELECT PORTFOLIO SERVICING, INC. AND US BANK NATIONAL ASSOCIATION, AS TRUSTEE, ET AL**

Plaintiff, Tricia Hazlett, and Defendants, Select Portfolio Servicing, Inc. (SPS) and US Bank National Association, et al (US Bank) stipulate and agree as follows, pursuant to Fed. R. Civ. P. 41:

1. All claims asserted, or that could have been asserted, by Tricia Hazlett against SPS and US Bank in this action are hereby dismissed with prejudice.

2. This dismissal shall be without award of costs to any party, and each party shall bear its own attorneys' fees and other expenses.

| | |
|---|---|
| TRICIA HAZLETT | SELECT PORTFOLIO SERVICING, INC. and US BANK NATIONAL ASSOCIATION, et al |
| By her Attorney, | By their Attorney, |
| */s/ Andrea Bopp Stark*_____ | */s/ Adam J. Shub*_____ |

| | |
|---|---|
| Andrea Bopp Stark<br>**MOLLEUR LAW OFFICE**<br>419 Alfred Street<br>Biddeford, ME 04005-3747<br>207-283-3777<br>andrea@molleurlaw.com | Adam J. Shub, Esq.<br>**Preti Flaherty Beliveau & Pachio, LLP**<br>One City Center<br> P. O. Box 9546<br>Portland, ME  04112-9546<br>Telephone:  207-791-3077<br>ashub@preti.com |
| Dated:  _August 15, 2017_____ | Dated:  _August 15, 2017_____ |

### CERTIFICATE OF SERVICE

I, Susan Black, hereby certify that I am over eighteen years old and caused a true and correct copy of the Stipulation of Dismissal to be served on the parties per the Court's ECF System on August 15, 2017.

Dated:   August 15, 2017

By:     */s/ Susan Black*
Susan Black, Paralegal
Molleur Law Office
419 Alfred Street
Biddeford, ME  04005
(207) 283-3777
susan@molleurlaw.com

### SERVICE LIST

**Served electronically:**

All parties on Court ECF mailing list including, Adam J. Shub, Counsel for Defendant, Select Portfolio Servicing, Inc.